JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.    **CV 16-707-JFW (JPRx)**                                                    Date: March 8, 2016

Title:         Star Fabrics, Inc. -v- Umgee USA, Inc., et al.

---

**PRESENT:**

      HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**                **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                                      None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER OF DISMISSAL**

      In the Notice of Settlement filed on March 7, 2016, Dkt. No. 15, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before April 22, 2016.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until April 22, 2016.  Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. The Order to Show Cause, Dkt No. 13, is discharged.

      IT IS SO ORDERED.

Initials of Deputy Clerk   sr